IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATE OF AMERICA | : |
| PLAINTIFF | : |
| | : |
| v. | : CIVIL. NO. 19-cv-823-NJR |
| | : |
| $182,620.00 IN UNITED STATES CURRENCY, | : |
| DEFENDANT. | : |

## MOTION TO DISMISS CLAIM

Defendant, Salpi Aussou, respectfully moves for dismissal of her claim in this matter, asset ID 19-DEA646798.

Respectfully submitted,

TAHMAZIAN LAW FIRM P.C.

/s/ Jilbert Tahmazian

JILBERT TAHMAZIAN
Attorney at Law
1518 West Glenoaks Boulevard.
Glendale, CA 91201

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 19-cv-823-NJR |
| $182,620.00 IN UNITED STATES CURRENCY ) | |
| *Defendant(s)* ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2020, I electronically filed Motion to Dismiss _____ with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Adam E. Hanna, Assistant United States Attorney, Nine Executive Drive, Fairview Heights, Illinois 62208

and I hereby certify that on [date], I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Respectfully submitted,

Jilbert Tahmazian
Name of Password Registrant
TAHMAZIAM LAW FIRM, P.C.
Address
1518 Glenoaks Blvd., Glendale, CA 91201
City, State, Zip

Phone: (818) 242 - 8201

Fax: (818) 242 - 8246

E-mail: jilbert @jilbertlaw.com

143574
Attorney bar number (if applicable)